UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OMNINET CAPITAL, LLC, | § § § | |
| Plaintiff, | § § | NO: SA:16-CV-00493-OLG |
| vs. | § § § | |
| AFFILIATED FM INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

THE COURT, having reviewed the parties' Joint Motion for Dismissal, and being fully advised;

IT IS ORDERED that plaintiff's Complaint is dismissed With Prejudice, each party to bear its own costs and attorneys' fees.

SIGNED AND ENTERED this 18 day of Nov, 2016.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE